```
1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Mr. Vizcaino
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-95 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE TO AUGUST 20,<br>) 2013 |
| v. | ) |
| CARLOS VIZCAINO, | ) Date: July 16, 2013<br>) Time: 9:45 a.m. |
| TOMAS MENDOZA, | ) Judge: Hon. John A. Mendez |
| Defendants. | ) |

THE PARTIES STIPULATE through their respective attorneys that the Court should vacate the status conference scheduled for July 16, 2013, at 9:45 a.m., and reset it for August 20, 2013, at 9:45 a.m.

Counsel for the defendants require further time to review discovery, and to confer with their respective clients. Counsel also require further time to finalize plea negotiations with the government, and confer with their respective clients about that matter.

/ / /

/ / /

/ / /

Stipulation And [Proposed] Order       1                    13-95 JAM

The parties further stipulate that the Court should exclude the period from the date of this order through August 20, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: July 12, 2013  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik

MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys for Mr. Vizcaino

Dated: July 12, 2013  /s/ M.Petrik for David D. Fischer

DAVID D. FISCHER
Attorney for Mr. Mendoza

Dated: July 12, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Michael D. McCoy

MICHAEL D. McCOY
Assistant U.S. Attorney

**ORDER**

The Court orders the status conference continued to August 20, 2013, at 9:45 a.m. For the reasons stated above, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial. The Court orders time excluded from the date of this order through the status conference on August 20, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

**IT IS SO ORDERED.**

DATED: 7/12/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge